E42

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of April 1, 2006 Morgan Stanley ABS Capital I Inc. Trust 2006-NC3 Mortgage Pass-through Certificates, Series 2006 NC3** | Case No. 5:07-cv-2158 |
| | Judge Sara Lioi |
| **Plaintiff,** | **JUDGMENT** |
| vs. | |
| **Rick A. Johnson, et al.** | |
| **Defendants.** | |

UNITED STATES DISTRICT JUDGE SARA LIOI

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE: September 26, 2007

                                           s/ Sara Lioi
                                           Judge Sara Lioi
                                           UNITED STATES DISTRICT JUDGE